**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advantage Home Medical Equipment, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4467664** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **911 W 55th Street**<br>**Countryside, IL 60525** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| 11. | **Why is the case filed in** _**this district?**_ | _Check all that apply:_ |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

       Contact name  _____

       Phone  _____

---

| ■ | **Statistical and administrative information** |
|---|---|

| 13. | **Debtor's estimation of available funds** | . | _Check one:_ |
|---|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2016**
MM / DD / YYYY

**X** **/s/ Michael Zezulak**                                         **Michael Zezulak**
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ David M. Siegel**                             Date **February 26, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**David M. Siegel**
Printed name

**David M. Siegel & Associates**
Firm name

**790 Chaddick Drive**
**Wheeling, IL 60090**
Number, Street, City, State & ZIP Code

Contact phone   **(847) 520-8100**         Email address

**#06207611**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2016**          X /s/ **Michael Zezulak**
                                             Signature of individual signing on behalf of debtor

                                             **Michael Zezulak**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **24,431.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **24,431.00**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **92,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................    +$    **132,906.00**

4.    **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b    $    **224,906.00**

**Fill in this information to identify the case:**

Debtor name **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

   7.1.. **PNC  Bank**                                                                          $559.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    $559.00

         Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

   11a. 90 days old or less:          **2,000.00**       -       **2,000.00**   = ....        **$0.00**
                               face amount                doubtful or uncollectible accounts

Debtor    **Advantage Home Medical Equipment, Inc.**                                    Case number *(If known)*
Name

| 12. | **Total of Part 3.** | $0.00 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Medical Equipment and Supplies** | | $0.00 | N/A | $1,200.00 |

| 23. | **Total of Part 5.** | $1,200.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Debtor | **Advantage Home Medical Equipment, Inc.** | | Case number *(If known)* |
| --- | --- | --- | --- |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** **Office Furniture and Equipment** | $0.00 | N/A | $2,000.00 |

40. **Office fixtures**

| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Used Medical Equipment** | $0.00 | N/A | $20,000.00 |
| --- | --- | --- | --- |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

| | $22,000.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2001 Ford E250** **225,000 miles** | $0.00 | Comparable sale | $672.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

| | $672.00 |
| --- | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Advantage Home Medical Equipment, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Advantage Home Medical Equipment, Inc.**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $559.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $672.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,431.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,431.00 |

**Fill in this information to identify the case:**

Debtor name    **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **William A Cairo** | Describe debtor's property that is subject to a lien | **$92,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2021 E Devon Ave
Hanover Park, IL 60133**

Creditor's mailing address

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **William A Cairo** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2021 E Devon Ave
Hanover Park, IL 60133**

Creditor's mailing address

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor 1   **Michael Zezulak**                                        Case number (*if known*) _____
          First Name    Middle Name    Last Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$92,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name      **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Advanced Disposal Services**<br>**Solid Waste Midwest, LLC**<br>**4612 W Lake St.**<br>**Melrose Park, IL 60160** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Business Services** | $ 360.00 |
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Aetna**<br>**PO Box 7247**<br>**Philadelphia, PA 19170-0213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Medical** | $ 3,190.00 |
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 4,963.00 |

Debtor 1    **Michael Zezulak**

First Name    Middle Name    Last Name

Case number *(if know)*

---

**Airgas USA, LLC**
**PO Box 802588**
**Chicago, IL 60680**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Business Purchases

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Allegra Print & Imaging**
**1163 E Ogden Ave**
**Suite 505**
**Naperville, IL 60563**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    914.00

**Basis for the claim:**    Business Services

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**AT&T**
**Bankruptcy Dept**
**6021 S. Rio Grande Ave, 1st Floor**
**Orlando, FL 32809-4613**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    552.00

**Basis for the claim:**    Business Services

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**AT&T**
**Bankruptcy Dept**
**6021 S. Rio Grande Ave, 1st Floor**
**Orlando, FL 32809-4613**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    37.00

**Basis for the claim:**    Business Services

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

Debtor 1    **Michael Zezulak**

First Name        Middle Name        Last Name

Case number (if know) _____

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Biotech Medical, Inc.**<br>**7800 Whipple Ave NW**<br>**North Canton, OH 44720** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 5,811.00 |
|---|---|---|---|
| | | **Basis for the claim:**   Business Purchases | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number _____ | ■ No<br>☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Cap One**<br>**Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,925.00 |
|---|---|---|---|
| | | **Basis for the claim:**   Business Purchases | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number _____ | ■ No<br>☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Chicago Department of Revenue**<br>**Remittance Center**<br>**PO Box 88292**<br>**Chicago, IL 60680-1292** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 244.00 |
|---|---|---|---|
| | | **Basis for the claim:**   Tickets | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number _____ | ■ No<br>☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth Edison**<br>**Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523-1559** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 713.00 |
|---|---|---|---|
| | | **Basis for the claim:**   Business Services | |

Debtor 1   **Michael Zezulak**
First Name          Middle Name          Last Name

Case number (if know) _____

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $ 611.00 |
|---|---|---|---|

**Constant Communications, Inc.**
4139 W 123rd St.
Alsip, IL 60803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Services**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $ 110.00 |
|---|---|---|---|

**Covidien**
15 Hampshire St.
Mansfield, MA 02048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Purchases**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | | $ 3,761.00 |
|---|---|---|---|

**Cylinder Maintenance & Supply, Inc.**
3305 Butler Ave
Chicago Heights, IL 60411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Purchases**

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $ 300.00 |
|---|---|---|---|

**Dmefree**
PO Box 835
Woodstock, CT 06281

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1  **Michael Zezulak**

First Name          Middle Name          Last Name

Case number *(if know)*

---

Basis for the claim:  **Business Services**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.15 | | | |

**Nonpriority creditor's name and mailing address**

**Euclid Managers**
**234 Spring Lake Drive**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Services**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$      627.00

---

| 3.16 | | | |

**Nonpriority creditor's name and mailing address**

**Gilbert JS & Associates**
**4220 Cathedral Falls Avenue**
**North Las Vegas, NV 89085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Services**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$      800.00

---

| 3.17 | | | |

**Nonpriority creditor's name and mailing address**

**Glenn medical**
**PO Box 20237**
**Canton, OH 44701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Purchases**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$      1,847.00

---

| 3.18 | | | |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$      7,716.00

---

Debtor 1   **Michael Zezulak**
_____ _____ _____
First Name                Middle Name               Last Name

Case number (if know) _____

**Hartford Insurance**
**1 Hartford Plaza**
**Hartford, CT 06155**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Services**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  **7497**

■ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Ice Mountain**<br>**PO Box 856680**<br>**Louisville, KY 40285** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **175.00** |

**Basis for the claim:**  **Business Services**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Invacare Corporation**<br>**Worldwide Headquarters**<br>**1 Invacare Way**<br>**Elyria, OH 44035-4190** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **10,457.00** |

**Basis for the claim:**  **Judgment**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  **0758**

■ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Kinsman Enterprises**<br>**10804 Mark Twain Drive**<br>**Frankfort, IL 62896** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **266.00** |

**Basis for the claim:**  **Business Purchases**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

Debtor 1  **Michael Zezulak**

First Name       Middle Name       Last Name

Case number (if know) _____

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 45,005.00 |
|---|---|---|---|---|

**McKesson Medical Surgical**
**9954 Mayland Drive**
**Suite 4000**
**Richmond, VA 23233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Purchases**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 564.00 |
|---|---|---|---|---|

**Medical & Professional Answering Se**
**1701 N Larkin Ave**
**Suite 319**
**Crest Hill, IL 60403-3591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Services**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 4,432.00 |
|---|---|---|---|---|

**Medline Industries, Inc.**
**One Medline Place**
**Mundelein, IL 60060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Collection**

Date or dates debt was incurred _____

Last 4 digits of account number  **1284**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,560.00 |
|---|---|---|---|---|

**Michael S Zezulak**
**727 de La Salle Court**
**Naperville, IL 60565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

---

| Debtor 1 | **Michael** | **Zezulak** | Case number (if know) |
|---|---|---|---|
| | First Name | Middle Name     Last Name | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

☑ No

☐ Yes

Last 4 digits of account number _____

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,597.00 |
|---|---|---|

**Nicor Gas**
**ALL MAIL GOES TO**
**Bankruptcy Dept. PO Box 190**
**Aurora, IL 60507-0190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 12,500.00 |
|---|---|---|

**Peter C Kappos, LLC**
**915 W 55th Street**
**Suite 204**
**Countryside, IL 60525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Rent**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 77.00 |
|---|---|---|

**Pharmacists Mutual**
**PO box 370**
**Algona, IA 50511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,186.00 |
|---|---|---|

**PNC Bank**
**One NCC Parkway**
**Mail Code: 21-yb43-021**
**Kalamazoo, MI 49009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Michael**      **Zezulak**

First Name      Middle Name      Last Name      Case number (if know) _____

Basis for the claim:    **Business Purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.30 | | | $ **1,217.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Precision Medical**
**300 Held Drive**
**Northampton, PA 18067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.31 | | | $ **708.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Public Storage**
**8550 W 83rd St.**
**Justice, IL 60458-1776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.32 | | | $ **97.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quill**
**PO Box 37600**
**Philadelphia, PA 19101-0060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.33 | | | $ **960.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Debtor 1    **Michael Zezulak**

First Name    Middle Name    Last Name    Case number (if know)

---

**Respironics**
**PO Box 640817**
**Pittsburgh, PA 15264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Business Purchases**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|---|

**RGH Enterprises, Inc.**
**dba Independence Medical**
**1810 Summit Commerce Park**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **NOTICE ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **1588**

☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,964.00 |
|---|---|---|---|---|

**Roscoe Medical**
**PO Box 73743**
**Cleveland, OH 44193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Business Purchases**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,471.00 |
|---|---|---|---|---|

**Salter Labs**
**100 W Sycamore Road**
**Arvin, CA 93203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Business Purchases**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor 1    **Michael Zezulak**                                                    Case number *(if know)*
_____                _____
First Name          Middle Name          Last Name

| | | |
|---|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                  $ **2,589.00**
**The Compliance Team**                                              *Check all that apply.*
**PO box 160 905 Sheble Lane**                                       ☐ Contingent
**Suite 102**                                                        ☐ Unliquidated
**Spring House, PA 19477**                                           ☐ Disputed

                                                                     **Basis for the claim:** **Business Purchases**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

                                                                     ■ No
Last 4 digits of account number                                      ☐ Yes

**3.38**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                  $ **0.00**
**THH Acquisition, LLC 1**                                           *Check all that apply.*
**780 S McLean Blvd**                                                ☐ Contingent
**Elgin, IL 60123**                                                  ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     **Basis for the claim:** **NOTICE ONLY**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

                                                                     ■ No
Last 4 digits of account number    **5705**                          ☐ Yes

**3.39**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                  $ **600.00**
**VGM & Associates**                                                 *Check all that apply.*
**PO Box 2817**                                                      ☐ Contingent
**Waterloo, IA 50704**                                               ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     **Basis for the claim:** **Business Purchases**

Date or dates debt was incurred                                      **Is the claim subject to offset?**

                                                                     ■ No
Last 4 digits of account number                                      ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees
of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Abrams & Abrams, PC**<br>**180 W Washington Ste 910**<br>**Chicago, IL 60602** | Line  **3.20**<br><br>☐    Not listed. Explain | |

Debtor 1    **Michael Zezulak**

First Name          Middle Name          Last Name

Case number (if know) _____

| 4.2 | **AT&T**<br>**Bankruptcy Dept.**<br>**1585 Waukegan Road**<br>**Waukegan, IL 60085-6727** | Line **3.5**<br>☐ Not listed. Explain |
|---|---|---|

| 4.3 | **AT&T**<br>**Bankruptcy Dept.**<br>**5407 Andrew Highway**<br>**Midland, TX 79706** | Line **3.5**<br>☐ Not listed. Explain |
|---|---|---|

| 4.4 | **AT&T**<br>**Bankruptcy Dept.**<br>**1585 Waukegan Road**<br>**Waukegan, IL 60085-6727** | Line **3.6**<br>☐ Not listed. Explain |
|---|---|---|

| 4.5 | **AT&T**<br>**Bankruptcy Dept.**<br>**5407 Andrew Highway**<br>**Midland, TX 79706** | Line **3.6**<br>☐ Not listed. Explain |
|---|---|---|

| 4.6 | **Caine & Weiner**<br>**Po Box 5010**<br>**Woodland Hills, CA 91365** | Line **3.24**<br>☐ Not listed. Explain |
|---|---|---|

| 4.7 | **Capital 1 Bank**<br>**Attn: General Correspondence**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | Line **3.8**<br>☐ Not listed. Explain |
|---|---|---|

| 4.8 | **Capital One Bank Usa N**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238** | Line **3.8**<br>☐ Not listed. Explain |
|---|---|---|

| 4.9 | **Capital One, N.A.**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | Line **3.8**<br>☐ Not listed. Explain |
|---|---|---|

| 4.10 | **Commonwealth Edison**<br>**Bankruptcy Department**<br>**3 Lincoln Center**<br>**Oak Brook Terrace, IL 60181-4204** | Line **3.10**<br>☐ Not listed. Explain |
|---|---|---|

| 4.11 | **Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | Line **3.10**<br>☐ Not listed. Explain |
|---|---|---|

| 4.12 | **DiMonte & Lizak, LLC**<br>**216 W. Higgins Road**<br>**Park Ridge, IL 60068-5736** | Line **3.38**<br>☐ Not listed. Explain |
|---|---|---|

| 4.13 | **Invacare Corporation**<br>**PO Box 824056**<br>**Philadelphia, PA 19182-4056** | Line **3.20**<br>☐ Not listed. Explain |
|---|---|---|

Debtor 1   **Michael Zezulak**

First Name          Middle Name          Last Name          Case number (if know)

| 4.14 | **Jack H Rottner, pc**<br>**PO Box 10417**<br>**Chicago, IL 60610** | Line | **3.34** |
|------|-------------|------|------|
| | | ☐ | Not listed. Explain |

| 4.15 | **The Service Center, LLC**<br>**2000 S 25th Ave**<br>**Broadview, IL 60155** | Line | **3.38** |
|------|-------------|------|------|
| | | ☐ | Not listed. Explain |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b.   +   $ | **132,906.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **132,906.00** |

**Fill in this information to identify the case:**

Debtor name    **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Yearly Lease 12/16** | |
|    State the term remaining | **Peter C Kappos, LLC** **915 W 55th Street** **Suite 204** |
|    List the contract number of any government contract    **CMS 20-2864759** | **Countryside, IL 60525** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael Zezulak** | **727 De Lasalle Court**<br>**Naperville, IL 60565** | **Peter C Kappos, LLC** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.2 | **Michael Zezulak** | **727 De Lasalle Court**<br>**Naperville, IL 60565** | **Invacare Corporation** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Advantage Home Medical Equipment, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,150.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$176,526.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$318,786.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Advantage Home Medical Equipment, Inc.** | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **William A Cairo 2021 E Devon Ave Hanover Park, IL 60133** | **2 vans $800.00 each** | **12/15** | **$1,600.00** |
| **Public Storage 8550 W 83rd St. Justice, IL 60458-1776** | **sold contents fof unit** | | **$5.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Invacare Corporation vs Advantage Home Medical Equpment, Inc. 15 m1 130758** | **Collection** | **Cook County, IL** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **RGH Enterprises, Inc. vs Advantage Home Medical Equipment, Inc. 14 ar 1588** | **Collection** | **DuPage Count, IL** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | Advantage Home Medical Equipment, Inc. | Case number *(if known)* |
|---|---|---|

---

### Part 4:    Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David M. Siegel & Associates**<br>**790 Chaddick Drive**<br>**Wheeling, IL 60090** | **Attorney Fees** | **2/24/16** | **$1,465.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Michael Zezulak, President** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advantage Home Medical Equipment, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Part 7:**    Previous Locations

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **SSN, Insurance #'s DOB, Demographics, ex: address, phone
    number, medical records**
    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension
    or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
    moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
    cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
    case.

---

Debtor  **Advantage Home Medical Equipment, Inc.**                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>8550 W 83rd St.<br>Justice, IL 60458-1776 | Michael Zezulak | Misc Old Used Equipment | ■ No<br>☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Advantage Home Medical Equipment, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Gilbert JS & Associates**<br>**4220 Cathedral Falls Avenue**<br>**North Las Vegas, NV 89085** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gilbert JS & Associates**<br>**4220 Cathedral Falls Avenue**<br>**North Las Vegas, NV 89085** | **previous taxes** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Zezulak** | **911 W 55th St**<br>**La Grange, IL 60525** | **President, Secretary and Treasure** | |

Debtor    **Advantage Home Medical Equipment, Inc.**                    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2016**

**/s/ Michael Zezulak**                            **Michael Zezulak**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Advantage Home Medical Equipment, Inc.**
                                                    Case No.
                                         Debtor(s)  Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **1,465.00** |
    | Prior to the filing of this statement I have received | $ | **1,465.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for
        avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances (except in Chapter 13
    cases), or any other adversary proceeding.**

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 26, 2016**                          **/s/ David M. Siegel**
*Date*                                         **David M. Siegel**
                                               *Signature of Attorney*
                                               **David M. Siegel & Associates**
                                               **790 Chaddick Drive**
                                               **Wheeling, IL 60090**
                                               **(847) 520-8100**
                                               *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Advantage Home Medical Equipment, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                    **53**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 26, 2016**

**/s/ Michael Zezulak**

**Michael Zezulak/President**
Signer/Title

Abrams & Abrams, PC
180 W Washington Ste 910
Chicago, IL 60602


Advanced Disposal Services
Solid Waste Midwest, LLC
4612 W Lake St.
Melrose Park, IL 60160


Aetna
PO Box 7247
Philadelphia, PA 19170-0213


Airgas USA, LLC
PO Box 802588
Chicago, IL 60680


Allegra Print & Imaging
1163 E Ogden Ave
Suite 505
Naperville, IL 60563


AT&T
Bankruptcy Dept
6021 S. Rio Grande Ave, 1st Floor
Orlando, FL 32809-4613


AT&T
Bankruptcy Dept.
1585 Waukegan Road
Waukegan, IL 60085-6727


AT&T
Bankruptcy Dept.
5407 Andrew Highway
Midland, TX 79706


Biotech Medical, Inc.
7800 Whipple Ave NW
North Canton, OH 44720


Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365

Cap One
Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0285


Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130


Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238


Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083


Chicago Department of Revenue
Remittance Center
PO Box 88292
Chicago, IL 60680-1292


Commonwealth Edison
Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523-1559


Commonwealth Edison
Bankruptcy Department
3 Lincoln Center
Oak Brook Terrace, IL 60181-4204


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Constant Communications, Inc.
4139 W 123rd St.
Alsip, IL 60803


Covidien
15 Hampshire St.
Mansfield, MA 02048

Cylinder Maintenance & Supply, Inc.
3305 Butler Ave
Chicago Heights, IL 60411


DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5736


Dmefree
PO Box 835
Woodstock, CT 06281


Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143


Gilbert JS & Associates
4220 Cathedral Falls Avenue
North Las Vegas, NV 89085


Glenn medical
PO Box 20237
Canton, OH 44701


Hartford Insurance
1 Hartford Plaza
Hartford, CT 06155


Ice Mountain
PO Box 856680
Louisville, KY 40285


Invacare Corporation
Worldwide Headquarters
1 Invacare Way
Elyria, OH 44035-4190


Invacare Corporation
PO Box 824056
Philadelphia, PA 19182-4056


Jack H Rottner, pc
PO Box 10417
Chicago, IL 60610

Kinsman Enterprises
10804 Mark Twain Drive
Frankfort, IL 62896


McKesson Medical Surgical
9954 Mayland Drive
Suite 4000
Richmond, VA 23233


Medical & Professional Answering Se
1701 N Larkin Ave
Suite 319
Crest Hill, IL 60403-3591


Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060


Michael S Zezulak
727 de La Salle Court
Naperville, IL 60565


Michael Zezulak
727 De Lasalle Court
Naperville, IL 60565


Nicor Gas
ALL MAIL GOES TO
Bankruptcy Dept. PO Box 190
Aurora, IL 60507-0190


Peter C Kappos, LLC
915 W 55th Street
Suite 204
Countryside, IL 60525


Pharmacists Mutual
PO box 370
Algona, IA 50511


PNC Bank
One NCC Parkway
Mail Code: 21-yb43-021
Kalamazoo, MI 49009

Precision Medical
300 Held Drive
Northampton, PA 18067


Public Storage
8550 W 83rd St.
Justice, IL 60458-1776


Quill
PO Box 37600
Philadelphia, PA 19101-0060


Respironics
PO Box 640817
Pittsburgh, PA 15264


RGH Enterprises, Inc.
dba Independence Medical
1810 Summit Commerce Park
Twinsburg, OH 44087


Roscoe Medical
PO Box 73743
Cleveland, OH 44193


Salter Labs
100 W Sycamore Road
Arvin, CA 93203


The Compliance Team
PO box 160 905 Sheble Lane
Suite 102
Spring House, PA 19477


The Service Center, LLC
2000 S 25th Ave
Broadview, IL 60155


THH Acquisition, LLC 1
780 S McLean Blvd
Elgin, IL 60123


VGM & Associates
PO Box 2817
Waterloo, IA 50704

William A Cairo
2021 E Devon Ave
Hanover Park, IL 60133

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Advantage Home Medical Equipment, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Advantage Home Medical Equipment, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 26, 2016

Date

/s/ David M. Siegel

**David M. Siegel**

Signature of Attorney or Litigant

Counsel for   __Advantage Home Medical Equipment, Inc.__

**David M. Siegel & Associates**
**790 Chaddick Drive**
**Wheeling, IL 60090**
**(847) 520-8100**